**UNITED STATES SUGAR CORPORATION,**
Petitioner

v.

**ENVIRONMENTAL PROTECTION AGENCY, Respondent**

**American Chemistry Council, et al., Intervenors**

**American Chemistry Council,**
Petitioner

v.

**Environmental Protection Agency, Respondent**

**American Forest & Paper Association, et al., Intervenors**

No. 11-1108
Consolidated with 11-1124, 11-1134, 11-1142, 11-1145, 11-1159, 11-1165, 11-1172, 11-1174, 11-1181, 13-1086, 13-1087, 13-1091, 13-1092, 13-1096, 13-1097, 13-1098, 13-1099, 13-1100, 13-1103
No. 11-1141
Consolidated with 11-1182, 11-1207, 11-1208, 13-1105, 13-1107
September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

FILED: December 23, 2016

Timothy S. Bishop, Chad Matthew Clamage, Mayer Brown LLP, Chicago, IL, for Petitioner (Case No. 11-1108).

Norman Louis Rave, Jr., Perry M. Rosen, John Charles Cruden, Assistant Attorney General, Sam Hirsch, U.S. Department of Justice (DOJ), Environment and Natural Resources Division, Madeline Paradise Fleisher, Hogan Lovells US LLP, Washington, DC, for Respondent (Case No. 11-1108).

David M. Friedland, Beveridge & Diamond, P.C., Claudia M. O'Brien, Stacey Lynn VanBelleghem, Latham & Watkins LLP, William L. Wehrum, Jr., Charles Howland Knauss, Esquire, Lauren Elizabeth Freeman, Makram B. Jaber, Hunton & Williams LLP, Jeffrey A. Knight, Peter H. Wyckoff, Pillsbury Winthrop Shaw Pittman LLP, Harry Moy Ng, John P. Wagner, Senior Attorney, American Petroleum

Institute, Lisa Marie Jaeger, Bracewell LLP, James Samuel Pew, Neil Gormley, Attorney, Earthjustice, Quentin Riegel, Deputy General Counsel, National Association of Manufacturers, Washington, DC, William F. Lane, Esquire, Alan Holmes McConnell, Kilpatrick Townsend & Stockton LLP, Raleigh, NC, Allen A. Kacenjar, Jr., Esquire, Douglas A. McWilliams, Esquire, Squire Patton Boggs (US) LLP, Cleveland, OH, Shannon S. Broome, Esquire, Attorney, Hunton & Williams LLP, Hunton & Williams LLP, San Francisco, CA, Ronald A. Shipley, Law Office of Ronald A. Shipley, Damascus, MD, Larry Benton Alexander, Esquire, Jones, Foster, Johnston, & Stubbs, P.A., West Plam Beach, FL, Carol F. McCabe, Esquire, Michael Dillon, Attorney, Suzanne Ilene Schiller, Esquire, Manko, Gold, Katcher & Fox, LLP, Bala Cynwyd, PA, for Intervenors for Respondent (Case No. 11-1108).

David M. Friedland, Beveridge & Diamond, P.C., Leslie A. Hulse, American Chemistry Council, Washington, DC, for Petitioner (Case No. 11-1141).

Madeline Paradise Fleisher, Hogan Lovells US LLP, Norman Louis Rave, Jr., Perry M. Rosen, U.S. Department of Justice (DOJ), Environment and Natural Resources Division, Washington, DC, for Respondent (Case No. 11-1141).

William L. Wehrum, Jr., Hunton & Williams LLP, Neil Gormley, Attorney, James Samuel Pew, Earthjustice, Pamela A. Lacey, American Gas Association, William Pedersen, Nidhi J. Thakar, Esquire, Perkins Coie LLP, Jeffrey A. Knight, Peter H. Wyckoff, Pillsbury Winthrop Shaw Pittman LLP, Harry Moy Ng, John P. Wagner, Senior Attorney, American Petroleum Institute, Robin S. Conrad, Esquire, Partner, Dentons US LLP, Quentin Riegel, Deputy General Counsel, National Association of Manufacturers, Lisa Marie Jaeger, Bracewell LLP, James Watson Conrad, Jr., Conrad Law & Policy Counsel, Washington, DC, William F. Lane, Esquire, Kilpatrick Townsend & Stockton LLP, Raleigh, NC, for Intervenors for Respondent, Movant-Intervenor (Case No. 11-1141).

Before: Henderson, Brown and Griffith, Circuit Judges.

## JUDGMENT

These causes came to be heard on the petition of the Environmental Protection Agency for panel rehearing as to remedy, and the responses thereto. On consideration thereof, it is

**ORDERED and ADJUDGED** that the judgment of this court filed July 29, 2016 remain in effect as to No. 11–1125, et al., American Forest & Paper Association, Inc., et al. v. EPA, and the above-captioned cases, in accordance with the opinion filed July 29, 2016. It is

**FURTHER ORDERED and ADJUDGED** that the numeric MACT standards set in the Major Boilers Rule for new and existing sources in each of the eighteen subcategories be remanded without vacatur for the agency to conduct further proceedings consistent with the court's prior opinion issued July 29, 2016, in accordance with the opinion issued here in this date.